# Third District Court of Appeal

## State of Florida

Opinion filed June 17, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2661
Lower Tribunal No. 84-13722
_____


**Danny Costello,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Eric William Hendon, Judge.

Danny Costello, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.


Before WELLS, ROTHENBERG and EMAS, JJ.

PER CURIAM.

Affirmed without prejudice to file a legally sufficient Florida Rule of Criminal Procedure 3.800(a) motion.